UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESUS ESTRADA,<br><br>  Plaintiff,<br><br>vs.<br><br>GOLDMAN SACHS and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>  Defendants. | Case No.: 2:13-CV-00477-APG-VCF |

### ORDER

On November 6, 2013, the Court granted Defendants Goldman Sachs and Federal Home Loan Mortgage Corp.'s respective Motions to Dismiss. (Order (Doc. #25).) The Court dismissed Plaintiff's Complaint without prejudice, and provided Plaintiff with an opportunity to file an amended complaint within 30 days of the Order. The Order stated that if Plaintiff failed to amend his Complaint within 30 days, the Court would close the case. Plaintiff did not file an amended complaint.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1